UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGARETTA LANGLOIS,

       **Plaintiff,**

vs.                                                        Case No. 8:12-cv-2100-T-27EAJ

JOHN LOZANO,

       **Defendant.**

_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 3) of the Magistrate

Judge recommending that Plaintiff's construed Motion to Proceed *In Forma Pauperis* (Dkt. 2) be

denied without prejudice and that Plaintiff be directed to file an Amended Complaint. Plaintiff did

not object to the Report and Recommendation, and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation, in conjunction with an independent

examination of the file, the Court is of the opinion that the Report and Recommendation should be

adopted, confirmed, and approved in all respects.   Accordingly, it is **ORDERED AND**

**ADJUDGED** that:

    (1)    The Report and Recommendation (Dkt. 3) is adopted, confirmed, and approved in

all respects and is made a part of this Order for all purposes, including appellate review.

    (2)    Plaintiff's construed Motion to Proceed *In Forma Pauperis* (Dkt. 2) is **DENIED**

without prejudice.

    (3)    Plaintiff is directed to file an Amended Complaint consistent with the requirements

of the Federal Rules of Civil Procedure and invoking this Court's jurisdiction within **twenty (20)**

**days** from the date of this Order.  **Failure of Plaintiff to timely file an Amended Complaint will result in dismissal of this action without further notice.**

        **DONE AND ORDERED** on this ___9th___ day of October, 2012.

JAMES D. WHITTEMORE
United States District Judge

Copies to:
*Pro Se* Plaintiff