UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGARETTA LANGLOIS,

    Plaintiff,

vs.

                                      Case No. 8:12-cv-2100-T-27EAJ

JOHN LOZANO,

    Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on the Report and Recommendation (Dkt. 8) of the Magistrate Judge recommending that Plaintiff's Motion to Proceed *In Forma Pauperis* (Dkt. 7) be denied and this action be dismissed. Plaintiff did not object to the Report and Recommendation, and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation (Dkt. 8) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (Dkt. 7) is **DENIED**.

(3) This cause is **DISMISSED**.

(4) The Clerk is directed to terminate any pending motions/deadlines and **CLOSE** this case.

**DONE AND ORDERED** this 19th day of November, 2012.

                                                      JAMES D. WHITTEMORE
                                                      United States District Judge

Copies to:
*Pro Se* Plaintiff