UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARGARETTA LANGLOIS,

        Plaintiff,

vs.

                                          Case No. 8:12-cv-2100-T-27EAJ

JOHN LOZANO,

        Defendant.
_____/

## ORDER

**THIS MATTER** is before the Court on the Report and Recommendation (Dkt. 12) of the Magistrate Judge recommending that Plaintiff's construed Motion for Leave to Proceed *In Forma Pauperis* on Appeal (Dkt. 11) be denied. Plaintiff did not object to the Report and Recommendation, and the time for filing such objections has elapsed.

After careful consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved in all respects. Accordingly, it is **ORDERED AND ADJUDGED**:

(1) The Report and Recommendation (Dkt. 12) is adopted, confirmed, and approved in all respects and is made a part of this order for all purposes, including appellate review.

(2) Plaintiff's construed Motion for Leave to Proceed *In Forma Pauperis* on Appeal (Dkt. 11) is **DENIED**.

**DONE AND ORDERED** this 7th day of January, 2013.

                                                          JAMES D. WHITTEMORE
                                                          United States District Judge

Copies to: *Pro Se* Plaintiff